# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL CREDIT SOLUTIONS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                       ) | Civil Action No.: 5:12-cv-00644-L |
| ) | |
| TRAVELERS CASUALTY AND SURETY ) | |
| COMPANY OF AMERICA | |
| ) | |
| Defendant.                    ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal, signed by all parties, dismissing this action with prejudice.

Respectfully Submitted:

FOR PLAINTIFFS:

/s/ Jason A. Sansone
Jason A. Sansone (OK 30913)
3680 East I-240 Service Road
Oklahoma City, Oklahoma 73135
Telephone: (405) 778-6637
Facsimile: (405) 619-3631
Email: Jason.Sansone@SansoneLawPLLC.com

FOR DEFENDANTS:
/s/ Shannon P. Wheeler
Shannon P Wheeler
Titus Hillis Reynolds Love Dickman & McCalmon
15 E 5th St
Suite 3700
Tulsa, OK 74103
918-587-6800
918-587-6822 (fax)
swheeler@titushillis.com

Dated: June 7, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Shannon P Wheeler
Titus Hillis Reynolds Love Dickman & McCalmon
15 E 5th St
Suite 3700
Tulsa, OK 74103
918-587-6800
918-587-6822 (fax)
swheeler@titushillis.com

R Tom Hillis
Titus Hillis Reynolds Love Dickman & McCalmon
15 E 5th St
Suite 3700
Tulsa, OK 74103
918-587-6800
918-587-6822 (fax)
thillis@titushillis.com

    Respectfully Submitted,

    /s/ Jason A. Sansone
    Jason A. Sansone (OK 30913)
    3680 East I-240 Service Road
    Oklahoma City, Oklahoma 73135
    Telephone: (405) 778-6637
    Facsimile: (405) 619-3631
    Email: Jason.Sansone@SansoneLawPLLC.com